Dear Clerk: Keith E. Hottle Fourth Court of Appeals.,    Feb. 31, 2015

Tyron Ramón Duckworth SR. TDCJ# 1763630
Clearance N. Stevenson Unit
1525 F.M. 766
Cuero., Texas 77954
CCA NO. PD-1561-14          COA CASE No. 04-12-00677-CR
Trial Court Case No. 2011 CR 7499

2015 FEB 25 PM 12: 46
IN THE COURT OF APPEALS
AT SAN ANTONIO
FILED
Keith E. Hottle

Greetings, Fourth Court of Appeals.

On 10/27/2014 my application for 11.07 Writ of Habeas Corpus was recieved and presented to the Court. Tr. Ct. No. 2011-CR-7499-W1 CCRA NO. W2-82,352-01. Which was Mandated in the Court of Criminal Appeals to be granted an out of time Petition for Discretionary Review on said day of Monday, December 15, 2014. On 11/25/2014 I put in a Pro Se motion for an extension of time in which to file the Petition For Discretionary Review. For on that day to COCA Court granted the time to file the petition to be extended to Monday, March 16, 2015. With No Further Extensions will be Entertained. I also tried to do a Pro Se motion COCA Court to provide a free copy of the Appellate Record was denied. On Dec. 12, 2014 Court of Criminal Appeals sent me a letter imforming me "To obtain copies of Items requested. They suggest that I contact the 4th Court of Appeals". Before trying to write the Fourth Court of Appeals. I tried by sending letter to my Appellate Lawyer on Jan. 20, 2015 to James C. Oltersdorf Bar# 15278630 Heritage Plaza Building, 410 South Main, Suite 205 San Antonio, Texas 78204. As of today I've still haven't got any response to my letter. Now

for me to propperly prepare a Petition For Discretionary Reveiw. I need copy's of the Appeallete's Brief so I can know what's been Argued & protested so that I can bring a strong arguement without repeating what ever been Argued. I need a copy of the Opinion Recieved And Affiemed As well As Copy of the Mandate. Other than all of the documents I've already spoken about prior. If there is anyway the Fourth Court of Appeals can help me with this matter. Please get back to me at the correspondent Address listed on the First page of this letter. Please and Thank you for your time. GOD Bless!

Respectfully,

Tyree Dockworth Sr.

CR - 57 pgs    Vol. 6-108
App's B.ieS - 19    Vol 7-139
State   " - 18    Vol 8-27
RVR Vol 1. 31    619-149
Vol 2-162    opinion
Vol 3-254    10 pgs.
Vol. 4-16    mandate
Vol 5. 23    1 pg

Tyron Ramón Duckworth SR. #1763630
Clearance N Stevenson Unit
1525 FM 766
Cuero, Texas 77954

CORPUS CHRISTI
TX 784
23 FEB 2015 PM 2 L

USA
FOREVER

Fourth Court of Appeals
Attn. Clerk: Keith E. Hottle
Cadena-Reeves Justice Center
300 Dolorosa St. RM 3200
San Antonio, Texas 78205

FILED
IN THE COURT
AT STANTON
2015 FEB 25 PM 12:46
Keith E. Hottle

71

78205+3037